## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 19-MJ-415STE |
| ) | |
| YUJUNG HWANG, ) | Violation: 18 U.S.C., § 113(a)(4) |
| ) | |
| Defendant. ) | |
| ) | |

### I N F O R M A T I O N

The United States Attorney charges:

#### Count 1

On or about July 21, 2019, in the Western District of Oklahoma at Fort Sill Military Reservation, at or near 5530A Hammel Road,

- - - - - - - - - - - - - - - - - - - **YUJUNG HWANG** - - - - - - - - - - - - - - - - - - - -

the defendant, did assault "A.D." by striking, beating, and wounding him.

All in violation of Title 18, United States Code, Section 113(a)(4).

Dated this 14th day of August 2019.

TIMOTHY J. DOWNING
United States Attorney

*[signature]*

LANEY A. COMER
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Fort Sill, Oklahoma 73503
Tel.: (580) 442-3900